**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT MCCLENAGHAN AND NINA HELLER (NEE VIZITEI) JOINTLY D/B/A MAIN STREET ADOPTION SERVICE LLP | : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 09-5497 |
| v. | : : : : | |
| MELISSA TURI, ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| | : | |
| GUY TURI, ET AL., | : | CIVIL ACTION NO. 11-3761 |
| Plaintiffs, | : : | |
| v. | : : | |
| MAIN STREET ADOPTION SERVICES, LLP, ET AL., | : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this ___ day of September, 2011, upon consideration of Defendants, Melissa and Guy Turi's Motion to Consolidate (Document No. 94) and Plaintiff's Response ( Document No. 95), IT IS HEREBY ORDERED AND DECREED that the Motion to Consolidate the above-captioned cases is denied.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**